UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIA LAVELLE BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO EMPLOYMENT AND TRAINING AGENCY,<br><br>　　　　　Defendant. | No.  2:14-cv-1330-MCE-KJN PS<br><br><br>ORDER |

On June 17, 2014, the court granted plaintiff's motion to proceed in forma pauperis and dismissed plaintiff's original complaint, but with leave to file an amended complaint within 28 days.  (ECF No. 3.)  Thereafter, on July 18, 2014, plaintiff filed a motion for an extension of time to file an amended complaint based on medical issues.  (ECF No. 4.)  In light of plaintiff's *pro se* status and medical issues, the court grants plaintiff an extension of time to file an amended complaint.

The court's record also shows that plaintiff has not yet indicated whether or not she consents to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  Therefore, the court also directs plaintiff to file a brief statement stating whether or not she consents to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).  Importantly, plaintiff is under no obligation to so consent – plaintiff's designation merely assists the court in determining how the case should be processed.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. Plaintiff's motion for an extension of time to file an amended complaint (ECF No. 4)
3      is granted.
4   2. No later than August 25, 2014, plaintiff shall file a first amended complaint that
5      complies with the court's prior June 17, 2014 order.  Alternatively, if plaintiff
6      concludes that she no longer wishes to pursue the case at this time, she may file a
7      notice of voluntary dismissal of the action without prejudice pursuant to Federal Rule
8      of Civil Procedure 41(a)(1)(A)(i).
9   3. No later than August 25, 2014, plaintiff shall file a brief statement indicating whether
10     or not she consents to the jurisdiction of the undersigned pursuant to 28 U.S.C. §
11     636(c).

12  IT IS SO ORDERED.

13  Dated:  July 22, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2